IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRAY JIBRIL MURRAY, : Civil No. 1:21-cv-320
:
    Plaintiff : (Judge Mariani)
:
v. :
:
COLLEEN MCCOY, *et al.*, :
:
    Defendants :

**ORDER**

**AND NOW**, this 28th day of February, 2023, upon consideration of Defendants' motion (Doc. 48) for summary judgment, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 48) for summary judgment on the basis of failure to exhaust administrative remedies is **DENIED.**

2. The motion (Doc. 48) is **GRANTED** in all other respects.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

4. The Clerk of Court is further directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                   Robert D. Mariani
                                                   United States District Judge