THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAY JABRIL MURRAY, | : | Civil No. 1:21-cv-320 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| COLLEEN MCCOY, | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, this 10th day of December, 2024, upon consideration of Plaintiff's motion (Doc. 119) for writs of habeas corpus ad testificandum, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motion (Doc. 119) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge