IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAY JABRIL MURRAY, | : | Civil No. 1:21-cv-320 |
| | : | |
| **Plaintiff** | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| COLLEEN MCCOY, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, THIS ___16ᵗʰ___ DAY OF DECEMBER 2024, upon consideration of

Plaintiff's Motion for Leave to Issue Subpoenas to Produce Documents, Etc., at Trial and

That Third Party Witnesses Be Made to Appear and Testify to the Authenticity of Produced

Documents, Etc. (Doc. 133) and all relevant documents, for the reasons set forth in the

Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The pending Motion (Doc. 133) is **DENIED IN PART** and **DISMISSED AS MOOT IN
PART**;

2. The Motion is **DENIED** as to Plaintiff's request for issuance of a subpoena for
production of documents not sought in discovery;

3. The Motion is **DISMISSED AS MOOT** as to:

   a. Plaintiff's request for issuance of a subpoena for documents that were
   previously produced and will again be produced at trial; and

b.  Plaintiff's request for issuance of subpoenas for DOC personnel to attend

trial and testify.

Robert D. Mariani
United States District Judge